JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of Concord and Mike Kindorf

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY WHITE,

Plaintiff,

vs.

CITY OF CONCORD, MIKE KINDORF, and DOES 1 through 50,,

Defendants.

Case No. C10-2237 MMC

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL OF SEVERAL CLAIMS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT, WITH PREJUDICE, PER FRCP 41(A)(1)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff TROY WHITE hereby dismisses the following claims pled in the First Amended Complaint in this action, with prejudice, with each party to bear their own fees and costs with regard to these dismissed claims:

1. Any and all claims for a violation of the Fifth Amendment, as alleged in the First Cause of Action;
2. Any and all claims for a violation of the Ninth Amendment, as alleged in the First Cause of Action;
3. Any and all claims for a violation of the Fourteenth Amendment (Equal Protection Clause), as alleged in the First Cause of Action.

IT IS SO STIPULATED.

Dated: October 4, 2010

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By: ______________________
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
City of Concord and Mike Kindorf

Dated: October ___, 2010

LAW OFFICES OF EDWARD C. CASEY, JR.

By: See attached
Edward C. Casey, Jr.
Attorney for Plaintiff Troy White

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: ________________, 2010

______________________
Hon. Maxine M. Chesney
United States District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

Dated: October ___, 2010

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By: ______________________
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
City of Concord and Mike Kindorf

Dated: October 4, 2010

LAW OFFICES OF EDWARD C. CASEY, JR.

By: ______________________
Edward C. Casey, Jr.
Attorney for Plaintiff Troy White

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: October 6, 2010

______________________
Hon. Maxine M. Chesney
United States District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330