1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   City of Concord, Mike Kindorf, Phil Perez
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 TROY WHITE,                              Case No. C10-2237 MMC

12         Plaintiff,                       **STIPULATION AND [PROPOSED]
                                            ORDER FOR EXTENSION OF
13 vs.                                      DEADLINE TO COMPLETE ADR**

14 CITY OF CONCORD, MIKE KINDORF,           Current Deadline:   December 1, 2010
   PHIL PEREZ and DOES 1 through 50,
15                                          Deadline Sought:    March 1, 2011
           Defendants.
16

17         IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,

18 through their respective counsel of record, and approved by the Court in the accompanying Order,

19 as follows:

20     1. WHERAS the parties previously stipulated to participate in a court-sponsored mediation

21        in this matter.

22     2. WHEREAS the parties stipulated to complete mediation within 90 days and the Court

23        signed an order on September 1, 2010, giving the parties until December 1, 2010 (90

24        days), to complete the mediation in this case. (See Document 15 from Court's Docket).

25     3. WHEREAS the parties have already exchanged written discovery in this matter and

26        have taken and noticed several depositions. Defendants have completed two witness

27        depositions thus far.  Plaintiff is scheduled to take the depositions of the two named

28        officers in the coming weeks.  Plaintiff may also need to take the depositions of other

STIPULATION AND ORDER EXTENDING ADR
COMPLETION DEADLINE - C10-2237 MMC

officers who were present during the incident. Defendants are in the process of setting up the Plaintiff's deposition. Plaintiff lives in Southern California. Defendants also will likely take the deposition of Plaintiff's girlfriend and perhaps some of Plaintiff's treating physicians, all of which are located in Southern California. Defendants have also subpoenaed relevant medical records of Plaintiff which are still outstanding. This discovery is all necessary prior to mediation to put this matter in the best posture for a meaningful mediation.

4. WHEREAS the trial of this matter is not set to commence until October 17, 2011. The fact discovery deadline is not until May 6, 2011.

5. WHEREAS there are several upcoming holidays, such as Thanksgiving and the Christmas and New Year's holidays, in 2010 that will make it difficult to complete all this necessary discovery prior to the end of the year.

6. WHEREAS the parties request that the Court allow an extension of the ADR deadline to March 1, 2011, a <u>90 day extension</u> from the current deadline of December 1, 2010.

7. WHEREAS the parties and the court-appointed mediator, Mr. Sherwood, have all discussed the date for mediation and a tentative date of February 10, 2011, has been set and is currently pending confirmation by the respective parties.

8. WHEREAS this is the first such request and good cause exists to allow the parties additional time to complete mediation in this matter.

IT IS SO STIPULATED.

2

STIPULATION AND ORDER EXTENDING ADR
COMPLETION DEADLINE - C10-2237 MMC

Dated:  November 8, 2010    MCNAMARA, NEY, BEATTY, SLATTERY,
                            BORGES & BROTHERS LLP

                            By:   /s/ James V. Fitzgerald, III
                                James V. Fitzgerald, III / Noah G. Blechman
                                Attorneys for Defendants
                                City of Concord, Mike Kindorf, Phil Perez

Dated:  November 8, 2010    LAW OFFICES OF EDWARD C. CASEY, JR.

                            By:   /s/ Edward C. Casey, Jr.
                                Edward C. Casey, Jr.
                                Attorney for Plaintiff Troy White

## ORDER

**Pursuant to the foregoing stipulation, the new ADR completion deadline is now March 1, 2011.**

**IT IS SO ORDERED**

Dated:  November 10 , 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

STIPULATION AND ORDER EXTENDING ADR
COMPLETION DEADLINE - C10-2237 MMC

3