JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
City of Concord, Mike Kindorf and Phil Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WHITE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CONCORD, MIKE KINDORF, PHIL PEREZ and DOES 1 through 50, <br><br> Defendants. | Case No. C10-2237 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS, WITH PREJUDICE, PER FRCP 41(A)(1)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendants CITY OF CONCORD, MIKE KINDORF and PHIL PEREZ are hereby dismissed from this action, with prejudice, each party to bear their own fees and costs. This action is hereby dismissed in its entirety.

IT IS SO STIPULATED.

/ / /

1  Dated: 3/28, 2011          LAW OFFICES OF EDWARD C. CASEY, JR.

3                              By: _____
4                                  Edward C. Casey, Jr.
                                   Attorney for Plaintiff TROY WHITE

6  Dated: 3/29, 2011          MCNAMARA, NEY, BEATTY, SLATTERY,
                              BORGES & BROTHERS LLP

9                              By: _____
                                   James V. Fitzgerald, III
                                   Noah G. Blechman
                                   Attorneys for Defendants
                                   City of Concord, Mike Kindorf, Phil Perez

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: _____ April 14 __, 2011

                              _____
                              Hon. Maxine M. Chesney
                              United States District Court Judge

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330